IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:09CR384** |
| vs. | | |
| MEGAN A. LEMANTON, | | ORDER |
| Defendant. | | |

The defendant appeared before the court on April 23, 2019 regarding Amended Petition for Warrant or Summons for Offender Under Supervision [95]. Karen M. Shanahan represented the defendant. Matt E. Lierman represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The government made an oral motion to dismiss Petition for Warrant or Summons for Offender Under Supervision [85]. The government's oral motion to dismiss Petition [85] is granted without objection.

The defendant is being released pending a final dispositional hearing. Therefore, the defendant does not have a right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds the petition sets forth probable cause to believe the defendant violated the terms of supervised release. The defendant shall appear personally for a final dispositional hearing before Senior Judge Smith Camp in Courtroom No. [2], Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska on June 27, 2019, at 9:30 a.m.

The government did not move for detention. The defendant shall be released on the current terms and conditions of supervision and Consent and Order to Modify Conditions of Supervision [98].

**IT IS SO ORDERED**.

DATED this 23rd day of April, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge